**Dismissed and Memorandum Opinion filed November 7, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00858-CR

---

### TIMOTHY WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1391109**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to possession with intent to deliver. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on August 21, 2013, to confinement for six years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in

which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices McCally, Busby and Wise.
Do Not Publish ─ Tex. R. App. P. 47.2(b)